IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JIMMY LEDFORD, LARRY O'DELL, BRYAN WALKER, DYNAVISION GROUP, LLC, and SIGNATURE LEASING, LLC | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 4:04-CV-005-HLM |
| v. | ) ) | |
| SHELBY PEEPLES, JR., PFLC, LLC, and INTERNAL MANAGEMENT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**APPENDIX TO
PLAINTIFFS' BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND
PLAINTIFFS' RESPONSE TO DEFENDANTS'
STATEMENT OF UNDISPUTED FACTS AND
PLAINTIFFS' STATEMENT OF MATERIAL FACTS TO BE TRIED**

1.  Deposition Excerpts – Sharon Barton, September 3, 2003.

2.  Deposition Excerpts – George Thomas Boggs, August 30, 2005.

3.  Deposition Excerpts – Dennis Brock, September 2, 2003.

4.  Deposition Excerpts – Jimmy Lamar Ledford, August 12, 2003 (Ledford Dep. I).

129133

1

5. Deposition Excerpts – Jimmy Lamar Ledford, May 19, 2005 (Ledford Dep. II).

6. Deposition Excerpts – Larry O'Dell, August 29, 2003 (O'Dell Dep. I).

7. Deposition Excerpts – Larry A. O'Dell, May 19, 2005 (O'Dell Dep. II).

8. Deposition Excerpts – Bryan Keith Ownbey, August 12, 2003.

9. Deposition Excerpts – Shelby Peeples, Jr., June 27, 2003 (Peeples Dep. I).

10. Deposition Excerpts – Shelby Peeples, Jr., March 24, 2005 (Peeples Dep. II).

11. Deposition Excerpts – Brenda G. Smith, August 18, 2003.

12. Deposition Excerpts – Warren Edward Staten, September 2, 2003.

13. Deposition Excerpts – Robert W. Thomas, August 21, 2003.

14. Deposition Excerpts – Cynthia Trammell, June 26, 2003.

15. Deposition Excerpts – Charles Paul Walker, August 20, 2003 (P. Walker Dep. I).

16. Deposition Excerpts – Charles Paul Walker, May 18, 2005 (P. Walker Dep. II).

17. Deposition Excerpts – Paul Bryan Walker, August 26, 2003 (B. Walker Dep. I.).

18. Deposition Excerpts – Paul Bryan Walker, May 18, 2005 (B. Walker Dep. II).

19. Plaintiffs' Exhibit 4a (Murray PX 4a).

20. Plaintiffs' Exhibit 9 (Murray PX 9).

21. Plaintiffs' Exhibit 10a (Murray PX 10a).

22. Plaintiffs' Exhibit 11 (Murray PX 11).

23. Plaintiffs' Exhibit 15 (Murray PX 15).

24. Plaintiffs' Exhibit 25 (Murray PX 25).

25. Plaintiffs' Exhibit 29 (Murray PX 29).

26. Plaintiffs' Exhibit 35 (Murray PX 35).

27. Deposition Excerpts – James Hitchner, CPA/ABV, ASA, September 26, 2005.

28. Deposition Excerpts – George Thomas Peeples, May 25, 2005.

29. Plaintiffs' Exhibit 18 (Murray PX 18).

30. Plaintiffs' Exhibit 19 (Murray PX 19).

31. Plaintiffs' Exhibit 20 (Murray PX 20).

32. Plaintiffs' Exhibit 21 (Murray PX 21).

33. Plaintiffs' Exhibit 22 (Murray PX 22).

34. Plaintiffs' Exhibit 23 (Murray PX 23).

35. Defendants' Exhibit 17 (Murray DX 17).

36. Defendants' Exhibit 18 (Murray DX 18).

37. Defendants' Exhibit 3 (Murray DX 3).

38. Defendants' Exhibit 11 (Murray DX 11).

39. Defendants' Exhibit 21 (Murray DX 21).

40. Defendants' Exhibit 22 (Murray DX 22).

41. Plaintiffs' Exhibit 26 (Murray PX 26).

42. Plaintiffs' Exhibit 27 (Murray PX 27).

43. Plaintiffs' Exhibit 28 (Murray PX 28).