TAB 27

# COPY OF TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JIMMY LEDFORD, LARRY O'DELL,
BRYAN WALKER, DYNA VISION GROUP, LLC,
and SIGNATURE LEASING, LLC
        Plaintiffs,
  vs.

SHELBY PEEBLES, JR., PFLC, LLC and INTERNAL
MANAGEMENT, INC.,
        Defendants.

**VIDEOTAPED DEPOSITION OF**

**JAMES HITCHNER, CPA/ABV, ASA**

September 26, 2005
9:30 a.m.

3900 Atlantic Center
Atlanta, Georgia

Candace Thomas CCR-B-1331



**Alexander Gallo & Associates, Inc.**
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

| ATLANTA, GEORGIA | WASHINGTON, DC | CHICAGO, ILLINOIS | NEW YORK, NEW YORK |
|---|---|---|---|
| Telephone (404) 495-0777<br>Facsimile (404) 495-0766<br>Toll Free (877) 495-0777 | Complimentary Conference Rooms<br>Throughout Georgia And<br>Major Cities Nationwide | | 500 The Candler Building<br>127 Peachtree Street<br>Atlanta, Georgia 30303 |

www.galloreporting.com

Tab 27 - 1

                                  69
1    record.
2        Q.   (By Mr. Sinkfield) I'm going to hand
3    you a document that we have marked as
4    Exhibit No. 6 to your deposition.  First, if
5    you would confirm for me that it is --
6    Exhibit 6 is the same -- that Deposition
7    Exhibit 6 is the same as Exhibit 1 to your
8    report?
9        A.   Yes, it is.
10       Q.   Okay.  And would you tell me what
11   information is reflected on Exhibit 6 to your
12   deposition?
13       A.   First category is the market
14   approach.  And under the market approach we
15   have two valuation methods, the guideline
16   public company method or the value indication
17   of $13 million.  The second method under the
18   market approach is guideline company
19   transaction method with a value indication of
20   $15 million.
21            And we have a second approach, the
22   income approach in which we utilize one
23   method, the capitalization of cash flows
24   method resulting in a value indication of
25   $15.1 million.  We selected a value based on

Alexander Gallo & Associates, Inc.
COURT REPORTING   VIDEO SERVICES

· ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT ·

ATLANTA, GEORGIA            WASHINGTON, DC    CHICAGO, ILLINOIS      NEW YORK, NEW YORK
Telephone (404) 495-0777    Complimentary Conference Rooms            500 The Candler Building
Facsimile (404) 495-0766    Throughout Georgia And                    127 Peachtree Street
Toll Free (877) 495-0777    Major Cities Nationwide                   Atlanta, Georgia 30303
                            www.galloreporting.com


Tab 27 - 2

```
                                70
 1   those three value indications of $14 million.
 2   And then we took 50 percent of that to arrive
 3   at $7 million.
 4        Q.    In your market approach valuation in
 5   using the market approach, is there any
 6   consideration of the income of the subject
 7   entity; that is, the entity that is being
 8   valued?
 9        A.    Yes.
10        Q.    What consideration is given to the
11   income?
12        A.    We use under both methodologies, the
13   guideline public company method and the
14   guideline company transaction method, we use
15   valuation multiples.  We use multiples of
16   revenues.  And then we also use multiples of
17   other earnings type figures.
18        Q.    Other earning, which did you use in
19   this case?
20        A.    I can tell you exactly.  For the
21   guideline public company method, we used net
22   income after tax price earnings.  We used net
23   revenues invested capital to net revenues and
24   then we use EBITDA, invested capital to
25   EBITDA.  And EBITDA is earnings before
```



ATLANTA, GEORGIA           WASHINGTON, DC    CHICAGO, ILLINOIS       NEW YORK, NEW YORK
Telephone (404) 495-0777   Complimentary Conference Rooms            500 The Candler Building
Facsimile (404) 495-0766   Throughout Georgia And                    127 Peachtree Street
Toll Free (877) 495-0777   Major Cities Nationwide                   Atlanta, Georgia 30303
                           www.galloreporting.com
Tab 27-3