# ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

*FILED IN CLERK'S OFFICE*
*U.S.D.C. Rome*
*NOV - 8 2005*
*LUTHER D. THOMAS, Clerk*
*By: Deputy Clerk*

4:04cv5-HLM

JIMMY LEDFORD, LARRY O'DELL,
BRYAN WALKER, DYNA VISION GROUP, LLC,
and SIGNATURE LEASING, LLC
    Plaintiffs,

vs.

SHELBY PEEBLES, JR., PFLC, LLC and INTERNAL
MANAGEMENT, INC.,
    Defendants.

---

## VIDEOTAPED DEPOSITION OF

### JAMES HITCHNER, CPA/ABV, ASA

September 26, 2005
9:30 a.m.

3900 Atlantic Center
Atlanta, Georgia

Candace Thomas CCR-B-1331

Alexander Gallo Associates, Inc.
COURT REPORTING · VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

| ATLANTA, GEORGIA | WASHINGTON, DC | CHICAGO, ILLINOIS | NEW YORK, NEW YORK |
|---|---|---|---|
| Telephone (404) 495-0777<br>Facsimile (404) 495-0766<br>Toll Free (877) 495-0777 | Complimentary Conference Rooms<br>Throughout Georgia And<br>Major Cities Nationwide | | 500 The Candler Building<br>127 Peachtree Street<br>Atlanta, Georgia 30303 |

www.galloreporting.com